AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Susan K. Swango | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:17-cv-01338-MO |
| NATIONSTAR SUB1 LLC; et al., | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FIDELITY NATIONAL TITLE INSURANCE COMPANY
c/o Chief Financial Officer
200 E Gaines Street
Tallahassee, FL 89134

*Amended*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Susan K. Swango
8350 NE Hendricks Road
Carlton, OR 97111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
CLERK OF COURT

Date: SEP 27 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01338-MO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fidelity NAtional Title Ins. Co.
was received by me on *(date)* 10-11-17.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: First class mail and Certified mail Return Receipt Requested No. 7016 0750 0000 2261 1985 Per FRCP 04 and ORCP 7. See attached

My fees are $ —0— for travel and $ —0— for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11-5-17

_____
Server's signature

Tom Birch
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Certified Mail Fee: $3.35
Extra Services & Fees:
☒ Return Receipt (hardcopy) $2.75
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage: $2.66
Total Postage and Fees: $8.76

Sent To: FIDELITY NATIONAL TITLE INSURANCE Co.
c/o Chief Financial Officer
200 E Gaines Street
Tallahassee, FL 89134

7016 0750 0000 2261 1985

---

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FIDELITY NATIONAL TITLE INSURANCE Co.
c/o Chief Financial Officer
200 E Gaines Street
Tallahassee, FL 89134

9590 9402 1512 5362 5877 20

2. Article Number (Transfer from service label)
7016 0750 0000 2261 1985

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

9590 9402 1512 5362 5877 20

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Tom Birch
8350 N.E. Hendricks Road
Carlton, OR 97111