James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503)224-0055
Fax: (503)222-5290

*Attorneys for Defendants Nationstar Mortgage LLC d/b/a Champion Mortgage Company (also erroneously sued as Nationstar Sub1 LLC and Nationstar Mortgage Holdings Inc.), MetLife Home Loans LLC (also erroneously sued as MetLife, Inc., Synchrony Bank, and Synchrony Financial), and MetLife Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUSAN K. SWANGO,<br><br>      Plaintiff,<br><br>  v.<br><br>NATIONSTAR SUB1 LLC; NATIONSTAR MORTGAGE HOLDINGS INC.; NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY; METLIFE HOME LOANS LLC, METLIFE BANK, NATIONAL ASSOCIATION; METLIFE INC.; SYNCHRONY BANK; SYNCHRONY FINANCIAL; FIDELITY NATIONAL TITLE INSURANCE COMPANY D/B/A LAWYERS TITLE INSURANCE CORPORATION; ZIEVE, BRODNAX AND STEELE, LLP; BENJAMIN D. PETIPRIN,<br><br>      Defendants. | Case No. 3:17-cv-01338-MO<br><br>**DECLARATION OF JAMES P. LAURICK IN SUPPORT OF NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, METLIFE HOME LOANS LLC, AND METLIFE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Page 1 – DECLARATION OF JAMES P. LAURICK

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

I, JAMES P. LAURICK, declare as follows:

1. I am one of the attorneys for Defendants Nationstar Mortgage LLC d/b/a Champion Mortgage Company (also erroneously sued as Nationstar Sub1 LLC and Nationstar Mortgage Holdings Inc.), MetLife Home Loans LLC (also erroneously sued as MetLife, Inc., Synchrony Bank, and Synchrony Financial), and MetLife Bank, N.A. (collectively, "Defendants"). I make this Declaration on personal knowledge and in support of Defendants' Motion to Dismiss the Second Amended Complaint of Plaintiff Susan Swango ("Plaintiff").

2. Attached hereto as Exhibit 1 is a true and correct copy of the June 17, 2009 Fixed Rate Line of Credit Deed of Trust (Home Equity Conversion) ("Deed of Trust") executed by Plaintiff relative to real property located at 8350 NE Hendricks Road, Carlton, OR 97111. The Deed of Trust was recorded in the Yamhill County property records on June 22, 2009, as document number 2009-09517.

3. Attached hereto as Exhibit 2 is a true and correct copy of the July 11, 2012 Assignment of Trust Deed by Beneficiary or His Successor in Interest ("Assignment") prepared relative to the June 17, 2009 Deed of Trust (Exhibit 1). The Assignment was recorded in the Yamhill County property records on October 1, 2012, as document number 2012-14055.

4 Attached hereto as Exhibit 3 is a true and correct copy of the June 17, 2009 Fixed Rate Note – Closed End (Home Equity Conversion ("Note") executed by Plaintiff relative to real property located at 8350 NE Hendricks Road, Carlton, OR 97111. The Note is secured by the Deed of Trust recorded in the Yamhill County property records on June 22, 2009, as document number 2009-09517 (Exhibit 1).

5. I attempted to confer with Plaintiff on April 19, 2018, by email and explained that Defendants are filing a motion to dismiss the Second Amended Complaint, and why, and provided the draft Motion to Plaintiff. I requested that Plaintiff contact me as soon as possible if she wished to discuss the Motion. As of the filing of the instant declaration, no agreement has been reached.

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on the 20th day of April, 2018, in Portland, Oregon.*

　　　　　　　　　　　　　　　　　/s/ *James P. Laurick*
　　　　　　　　　　　　　　　　　James P. Laurick, OSB # 82150

Page 3 – DECLARATION OF JAMES P. LAURICK

## CERTIFICATE OF SERVICE

I certify that on this 20th day of April, 2018, the foregoing **DECLARATION OF JAMES P. LAURICK IN SUPPORT OF NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, METLIFE HOME LOANS LLC, AND METLIFE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of the foregoing document with a copy sent to the following by U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid, addressed as follows:

Susan K. Swango
8350 NE Hendricks Road
Carlton, OR 97111
    Plaintiff *Pro Se*

    KILMER VOORHEES & LAURICK, P.C.

    */s/ James P. Laurick*
    James P. Laurick, OSB No. 821530
    jlaurick@kilmerlaw.com
    732 NW 19th Avenue
    Portland, OR 97209
    Phone No.: (503) 224-0055
    Fax No.: (503) 222-5290

    *Attorneys for Defendants Nationstar Mortgage LLC d/b/a Champion Mortgage Company (also erroneously sued as Nationstar Sub1 LLC and Nationstar Mortgage Holdings Inc.), MetLife Home Loans LLC (also erroneously sued as MetLife, Inc., Synchrony Bank, and Synchrony Financial), and MetLife Bank, N.A.*